UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

WELLS LAMONT, INC.,

                Plaintiff,

        -against-

M.V. "X-PRESS RESOLVE",
her engines, boilers, etc.,

        -and against-

HANJIN SHIPPING CO., LTD.,

                Defendants.

-------------------------------------------------------X

**Judge Berman**
**08 CV 2519**

RULE 7.1

08 CIV.

MAR 13 2008
U.S.D.C. CASHIERS

Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to enable judges and magistrates of the court to evaluate possible disqualification of recusal, the undersigned attorney of record for Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

                MARMON HOLDINGS, INC.

Dated: New York, New York
        March 11, 2008

                                        William R. Connor, III (WC 4631)

C:\Documents and Settings\Etta\My Documents\Etta\WRConnor\64 07-861\Rule 7.1 form 030708.doc