# United States District Court

SOUTHERN **DISTRICT OF** NEW YORK

WELLS LAMONT, INC.,

    PLAINTIFF,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

M.V. "X-PRESS RESOLVE", her engines, boilers, etc. and
HANJIN SHIPPING CO., LTD.,

    DEFENDANT.

**08 CV 2519**

TO: (Name and address of defendant)

    HANJIN SHIPPING CO., LTD.
    80 EAST ROUTE 4
    SUITE 490
    PARAMUS, NJ  07652

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    McDERMOTT & RADZIK, LLP
    WALL STREET PLAZA
    88 PINE STREET
    NEW YORK, NEW YORK  10005

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(BY) DEPUTY CLERK

MAR 13 2008

DATE

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | March 26th, 2008 |
| NAME OF SERVER (PRINT)<br>DANIEL KNIGHT | TITLE<br>PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: HANJIN SHIPPING CO., LTD. 80 East Route 4, Suite 490, Paramus, NJ 07652 at 2:28 P.M.

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Mary Zuck, General Agent authorized to accept process

☐ Returned unexecuted: _____

☐ Other (specify): Description of Mary Zuck: female, white, brown hair, 5'5", 130 lbs., 52 years of age

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 1st, 2008
Date

Signature of Server

DANIEL KNIGHT
233 Broadway
New York, NY 10279
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RECEIVED
APR 3 - 2008
McDERMOTT & RADZIK LL