USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/08

# McDermott & Radzik, LLP

WALL STREET PLAZA
88 PINE STREET
NEW YORK, NEW YORK 10005-1801

TELEPHONE (212) 376-6400
TELECOPIER (212) 376-6490
E-MAIL: FIRM@MCDERMOTTRADZIK.COM

April 11, 2008

*VIA HAND DELIVERY*

Honorable Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

      RE:  *Wells Lamont, Inc. v.*
            *M/V "X-PRESS RESOLVE" and*
            *Hanjin Shipping Co., Ltd.*
            *S.D.N.Y. Index No.: 08 CV 2519 (RMB)*
            *Our File: 64-07-861*

Dear Judge Berman:

     We are writing to you on behalf of all parties to request a 30-day adjournment of the Pre-trial Conference currently scheduled for Tuesday, April 15, 2008 at 9:00 a.m. There has been no previous request.

     As counsel for plaintiff, we were contacted today by the representatives of the defendants, P&I Club who were just provided with the Summons and Complaint by their assured. They would like a brief period of time to obtain the documents and appoint counsel so we are able to discuss possible settlement. In the event settlement is not possible, counsel will need a chance to review the matter and can then appear before Your Honor and discuss a Scheduling Order.

Judge Richard M. Berman
April 11, 2008
Page 2
..........

      We would therefore jointly request the adjournment for approximately 30 days. At the present time the only conflicts we are aware of are on Monday, May 5 and Tuesday, May 20 and Friday, May 23, 2008 for scheduling an adjourned date. We thank the Court for its indulgence.

                              Respectfully yours,

                              McDERMOTT & RADZIK, LLP

                By:
                            William R. Connor III

WRC/hs

---

CONFERENCE ADJOURNED TO 5/19/08
AT 9:00 A.M.

SO ORDERED:
Date: 4/11/08

*Richard M. Berman*
Richard M. Berman, U.S.D.J.