9149/RHD
CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, New York 10006-2802
(212)344-7042

Attorneys for Defendant Hanjin Shipping Co. Ltd.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS LAMONT, INC., <br> Plaintiff, <br> - against – <br> M.V. "X-PRESS RESOLVE", <br> Her engines, boilers, etc., <br> -and against- <br> HANJIN SHIPPING CO. LTD. <br> Defendants. | 08 Civ. 2519 (RMB) <br><br> **RULE 7.1 STATEMENT** |

Pursuant to the provisions of Fed.R.Civ.P. 7.1, in order to enable the judges and magistrate judges of this Court to evaluate possible disqualification or recusal, I, Randolph H. Donatelli, as a member of the bar of this Court and a member of the firm Cichanowicz, Callan, Keane, Vengrow and Textor, LLP, attorneys for defendant Hanjin Shipping Co. Ltd., certify that Hanjin Shipping Co. Ltd. is a private (non-governmental) party, has no corporate parent, and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
      May 16, 2008

Respectfully submitted,

CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
Attorneys for Defendant Hanjin Shipping Co. Ltd.

By: s/   Randolph H. Donatelli
      Randolph H. Donatelli (RD-5359)
61 Broadway, Suite 3000
New York, New York 10006-2802
(212) 344-7042