9149/RHD
CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, New York 10006-2802
(212)344-7042

Attorneys for Defendant Hanjin Shipping Co. Ltd.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS LAMONT, INC.,<br><br>                                Plaintiff,<br><br>- against –<br><br>M.V. "X-PRESS RESOLVE",<br>Her engines, boilers, etc.,<br><br>              -and against-<br><br>HANJIN SHIPPING CO. LTD.<br><br>                               Defendants. | 08 Civ. 2519 (RMB)<br><br>**ANSWER** |

Defendant Hanjin Shipping Co. Ltd. ("Hanjin"), by its attorneys, Cichanowicz, Callan, Keane, Vengrow & Textor, LLP, answering plaintiff's complaint alleges upon information and belief as follows:

    1.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 1.

    2.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 2.

    3.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 3.

    4.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 4.

5. Admits that on or about June 22, 2007 at Calcutta there was delivered to the vessel a sealed container said to contain gloves for transport on the vessel with transshipment to another vessel for on-carriage to Savannah and then overland to Philadelphia, Mississippi pursuant to Hanjin bill of lading HJSCCCUA00293704 on CY/Door terms, but except as so specifically admitted, denies the allegations of paragraph 5.

6. Admits that the container was loaded on the vessel and was lost overboard at sea, but except as so specifically admitted, denies the allegations of paragraph 6.

7. Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 7.

8. Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 8.

9. Denies the allegations of paragraph 9.

## AS AND FOR AFFIRMATIVE DEFENSES TO ALL CLAIMS, HANJIN ALLEGES UPON INFORMATION AND BELIEF AS FOLLOWS

10. Repeat and reallege each and every admission, denial and denial of knowledge or information hereinabove set forth, with the same force and effect as if herein repeated and set forth at length.

### FIRST AFFIRMATIVE DEFENSE

11. The above shipment was subject to all the terms, conditions and exceptions contained in a certain bill of lading issued therefor for which the shipper, owner, consignee or holder of said bill of lading agreed to be bound and are bound.

## SECOND AFFIRMATIVE DEFENSE

12. Any loss and/or damage to the above shipment was due to causes for which Hanjin is not liable or responsible by virtue of the provisions the applicable Carriage of Goods by Sea Act and/or Harter Act and/or general maritime law.

## THIRD AFFIRMATIVE DEFENSE

13. Any loss and/or damage to the shipment resulted from perils, dangers, and accidents of the seas and/or Act of God.

## FOURTH AFFIRMATIVE DEFENSE

14. Any damage to and/or loss of the above shipment was caused by or due to the acts, omissions, fault or neglect of the owners of the shipment, the shipper or receivers and its agents or the nature of the shipment, including insufficiency of packing, inherent vice, or resulted from the acts, omissions, fault or neglect of other persons or entities for which Hanjin is neither responsible nor liable.

## FIFTH AFFIRMATIVE DEFENSE

15. Hanjin's liability, if any, is limited to $500 per package or, for goods not shipped in packages, $500 per customary freight unit.

## SIXTH AFFIRMATIVE DEFENSE

16. This Court is an improper forum pursuant to the forum selection clause in Hanjin's bill of lading.

WHEREFORE, Hanjin prays for:

(a) An order dismissing plaintiff's complaint;

(b) An award of all costs including attorneys' fees; and

(c) Such other and further relief as this Court may deem just and proper.

Dated: New York, New York
May 16, 2008

> Respectfully submitted,
>
> CICHANOWICZ, CALLAN, KEANE,
> VENGROW & TEXTOR, LLP
> Attorneys for Defendant Hanjin Shipping Co. Ltd.
>
> By: s/ Randolph H. Donatelli
>     Randolph H. Donatelli (RHD-5359)
> 61 Broadway, Suite 3000
> New York, New York 10006-2802
> (212) 344-7042

To:   McDermott & Radzik, LLP
      Wall Street Plaza
      88 Pine Street
      New York, New York 10005
      (212) 376-6400

**CERTIFICATE OF SERVICE BY REGULAR U.S. MAIL AND BY ECF**

The undersigned declares under penalty of perjury that the following is true and correct:

1. I am over the age of eighteen years and I am not a party to this action.

2. On May 16, 2008, I served a complete copy of Defendant Hanjin Shipping Co. Ltd.'s Answer, by regular U.S. mail and by ECF, to the following attorneys at their ECF registered address and at the following address:

To:    McDermott & Radzik, LLP
       Wall Street Plaza
       88 Pine Street
       New York, New York 10005
       (212) 376-6400


                                                     Jennifer Scianna

DATED:    May 16, 2008
          New York, New York