UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
WELLS LAMONT, INC.
                Plaintiff(s),

- v -

M/V "X-PRESS RESOLVE", her engines, boilers,
etc. and HANJIN SHIPPING CO., LTD.
                Defendant(s).
-----------------------------------------------------------X

5/19/08

**Case Management Plan**

08 CV. 2519 (RMB)

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i) Joinder of additional parties by _July 1, 2008_

(ii) Amend the pleadings by _July 1, 2008_

(iii) All discovery to be **expeditiously** completed by ~~November 1, 2008~~ 9/19/08

(iv) Consent to Proceed before Magistrate Judge _No_

(v) Status of settlement discussions _On going_ 9/25/08 @ 10:00 AM with principals

**Sections vi through xi will be set at conference with the Court.**

(vi) Motions

(vii) Oral Argument

(viii) Joint Pre-Trial Order to be submitted by

(ix) Final Pre-Trial Conference

(x) Trial

(xi) Other

SO ORDERED: New York, New York
    _5/19/08_

RMB
Hon. Richard M. Berman, U.S.D.J.